UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20162 CR-MORENO
/TORRES

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOSE MIGUEL HANDAL PEREZ,
   a/k/a "Chepe Handals,"

      Defendant.
_____/

Sealed

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or about June 2008, the exact date being unknown to the Grand Jury, and continuing through on or about the date of the return of this Indictment, in the countries of Colombia, Venezuela, Honduras, Mexico, Panama, and elsewhere, the defendant,

**JOSE MIGUEL HANDAL PEREZ,**
**a/k/a "Chepe Handals,"**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSE MIGUEL HANDAL PEREZ, a/k/a "Chepe Handals,"** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit all of his respective rights, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

3. The property which is subject to forfeiture includes, but is not limited to, the following: $38,000,000 in United States currency, which is a sum of money equal in value to the property constituting, or derived from, proceeds obtained directly or indirectly as the result of the violation alleged in the Indictment, which the United States will seek as a forfeiture money judgment as part of the defendant's sentence.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_N.L____, Chief, Criminal Div.___
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JOSE MIGUEL HANDAL PEREZ,
   a/k/a "Chepe Handals,"

                    **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

__X__ Miami          ____ Key West
____ FTL             ____ WPB         ____ FTP

New Defendant(s)          Yes ____  No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)      Yes
   List language and/or dialect     Spanish

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days      __X__              Petty    ____
   II   6 to 10 days     ____               Minor    ____
   III  11 to 20 days    ____               Misdem.  ____
   IV   21 to 60 days    ____               Felony   __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  __No__
   If yes:
   Magistrate Case No.                    _____
   Related Miscellaneous numbers:         _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  __X__ No

                                    _____
                                    Adam S. Fels
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5501040

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   JOSE MIGUEL HANDAL PEREZ, a/k/a "Chepe Handals,"

**Case No**:

Count #: 1

Conspiracy to Distribute Cocaine with Knowledge That It Will Be Unlawfully Imported Into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**: Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.