UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>11-20162-CR-MORENO(s)</u>
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOSE MIGUEL HANDAL PEREZ,
    a/k/a "Chepe,"

                    Defendant.
_____/

FILED BY TB
Nov 3, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2008 and continuing through in or about April 2013, the exact date being unknown to the Grand Jury, in the countries of Honduras, Guatemala, Colombia, Venezuela, Panama, and Mexico, and elsewhere, the defendant,

**JOSE MIGUEL HANDAL PEREZ,**
a/k/a "Chepe,"

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **JOSE MIGUEL HANDAL PEREZ**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code,

Sections 963 and 960(b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations in this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSE MIGUEL HANDAL PEREZ**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO.    11-20162-CR-Moreno(s)

v.

JOSE MIGUEL HANDAL PEREZ,      **CERTIFICATE OF TRIAL ATTORNEY***

     a/k/a "Chepe"
            Defendant.
_____ / Superseding Case Information:

**Court Division**: (Select One)      New Defendant(s)    Yes ___ No _X_
     Number of New Defendants
_X_ Miami ___ Key West      Total number of counts    1
___ FTL ___ WPB ___ FTP

     I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
    List language and/or dialect   Spanish

4. This case will take   6-10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

     (Check only one)          (Check only one)

I    0 to 5 days        ___      Petty     ___
II    6 to 10 days      _X_      Minor    ___
III   11 to 20 days     ___      Misdem. ___
IV   21 to 60 days     ___      Felony   _X_
V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   YES
    If yes:
    Judge: Moreno      Case No.   11 CR 20162
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter? (Yes or No)   No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5502189

*Penalty Sheet(s) attached                                                                  REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE MIGUEL HANDAL PEREZ

**Case No:** 11-20162-CR-Moreno(s)

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

*Max. Penalty: Life Imprisonment

Count #: 2

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.