UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20162-CR-MORENO(s)

UNITED STATES OF AMERICA

vs.

JOSE MIGUEL HANDAL PEREZ,

      **Defendant.**
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses the Superseding Indictment against defendant **JOSE MIGUEL HANDAL PEREZ,** in this case without prejudice for the reason that this case against this defendant is no longer viable for prosecution.

      Respectfully submitted,

      _____
      MARKENZY LAPOINTE
      UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: January 15, 2025      _____
      HON. FEDERICO A MORENO
      UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney (Lynn Kirkpatrick, AUSA)
      U.S. Marshal